Anthony ASHFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42859.

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from partial denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).